IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-cv-21373-CIV-LENARD/GOODMAN

BARBARA BRUSH, individually and
on behalf of all others similarly situated,

      *Plaintiff,*

v.

MIAMI BEACH HEALTHCARE GROUP, LTD.
d/b/a AVENTURA HOSPITAL AND
MEDICAL CENTER, a Florida limited partnership,
and HCA-EMCARE HOLDINGS, LLC
d/b/a VALESCO VENTURES,
a Delaware limited liability company,

      *Defendants*.
_____/

**NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Plaintiff, BARBARA BRUSH by and through undersigned counsel, and pursuant to the Local Rule 3.8 and Section 2.15.00 of the Court's Internal Operating Procedures, submits this Notice of Pending, Refiled, Related or Similar Actions as follows:

____ There are no related cases.

__√_ The following was a related case. The instant case involves similar legal issues and directly address issues raised in the order dismissing the case cited below.

- *Kellie Lynn Case v. Miami Beach Helthcare Group, LTD., et al.,* 1:14-cv-24583-JEM, Judge Jose E. Martinez, filed on 12/03/2014.

Dated: April 19, 2016                  Respectfully submitted,

                                              */s/ Steven R. Jaffe*
                                              Steven R. Jaffe (Fla. Bar No. 390770)
                                              E-mail: steve@pathtojustice.com
                                              Mark S. Fistos (Fla. Bar No. 909191)
                                              E-mail: mark@pathtojustice.com
                                              Seth M. Lehrman (Fla. Bar No. 132896)
                                              E-mail: seth@pathtojustice.com

FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

Ari J. Scharg*
E-mail: ascharg@edelson.com
Benjamin S. Thomassen*
E-mail: bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

Scott D. Owens (Fla. Bar No. 597651)
E-mail: scott@scottdowens.com
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, Florida 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

Bret L. Lusskin (Fla. Bar No. 28069)
E-mail: blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Suite 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844

*Admission *pro hac vice* to be sought.

*Counsel for Plaintiff*