**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 16-CV-21373-LENARD/GOODMAN

PLAINTIFF:
**BARBARA BRUSH**

vs.

DEFENDANT:
**MIAMI BEACH HEALTHCARE GROUP LTD., ET., AL.**

For:
Steve R. Jaffe, Esq.
FARMER JAFFE WEISSING EDWARDS FISTOS &
425 N. Andrews Avenue
Suite 2
Ft. Lauderdale, FL  33301

Received by ACCURATE SUPPORT RESOURCES on the 21st day of April, 2016 at 2:35 pm to be served on **MIAMI BEACH HEALTHCARE GROUP LTD D/B/A Aventura Hospital And Medical Center, R/A CT CORPORATION SYSTEM, 1200 S PINE ISLAND RD, PLANTATION, FL 33324**

I, Richard Lang, do hereby affirm that on the **22nd day of April, 2016** at **3:05 pm, I:**

Served the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me to DONNA MOCH / MANAGER / CT CORP. as **Registered Agent** of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in Broward County, Florida, the County in which this process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

_____
**Richard Lang**
Sps #259

**ACCURATE SUPPORT RESOURCES**
P.O. Box 350096
Ft. Lauderdale, FL 33335
**(954) 761-9977**

Our Job Serial Number: ARL-2016022978

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n