**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-cv-21373-CIV-LENARD/GOODMAN**

BARBARA BRUSH, individually and
on behalf of all others similarly situated,

      *Plaintiff,*

*v.*

MIAMI BEACH HEALTHCARE GROUP, LTD.
d/b/a AVENTURA HOSPITAL AND
MEDICAL CENTER, a Florida limited partnership,
and HCA-EMCARE HOLDINGS, LLC
d/b/a VALESCO VENTURES,
a Delaware limited liability company,

      *Defendants.*
_____/

**MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION,**
**AND REQUEST TO ELECTRONICALLY RECEIVE**
**NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and

Practice of Attorneys of the United States District Court for the Southern District of Florida, the

undersigned respectfully moves for the admission *pro hac vice* of Benjamin S. Thomassen of the

law firm Edelson PC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654, (312) 589-

6370, for the purpose of appearance as co-counsel on behalf of Plaintiff Barbara Brush in the

above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to

permit Benjamin S. Thomassen to receive electronic filings in this case, and in support thereof

states as follows:

      1.      Benjamin S. Thomassen is not admitted to practice in the Southern District of

Florida and is a member in good standing of the Illinois State Bar and the Supreme Court of

Illinois.

2.      Movant, Steven R. Jaffe, Esquire, of the law firm of Farmer, Jaffe, Weissing, Edwards, Fistos and Lehrman PL, is a member in good standing of The Florida Bar and the United States District Court of the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Benjamin S. Thomassen has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.      Benjamin S. Thomassen, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Benjamin S. Thomassen at email address: bthomassen@edelson.com.

WHEREFORE, Steven R. Jaffe, moves this Court to enter an Order permitting Benjamin S. Thomassen, to appear before this Court on behalf of Plaintiff, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Benjamin S. Thomassen.

Dated: May 16, 2016                    Respectfully submitted,

*/s/ Steven R. Jaffe*
Steven R. Jaffe (Fla. Bar No. 390770)
E-mail: steve@pathtojustice.com
Mark S. Fistos (Fla. Bar No. 909191)
E-mail: mark@pathtojustice.com
Seth M. Lehrman (Fla. Bar No. 132896)
E-mail: seth@pathtojustice.com
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.

425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

Benjamin S. Thomassen*
E-mail: bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

Scott D. Owens (Fla. Bar No. 597651)
E-mail: scott@scottdowens.com
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, Florida 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

Bret L. Lusskin (Fla. Bar No. 28069)
E-mail: blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Suite 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844

*Admission *pro hac vice* to be sought.

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification to all attorneys of record.

*/s/ Steven R. Jaffe*
Steven R. Jaffe