UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-21373-JAL

BARBARA BRUSH, individually and
on behalf of all others similarly situated,

    *Plaintiff,*

v.

MIAMI BEACH HEALTHCARE GROUP, LTD.
d/b/a AVENTURA HOSPITAL AND
MEDICAL CENTER, a Florida limited partnership,
and HCA-EMCARE HOLDINGS, LLC
d/b/a VALESCO VENTURES,
a Delaware limited liability company

    *Defendants.*
_____/

**UNOPPOSED MOTION FOR SECOND ENLARGEMENT OF TIME TO RESPOND
TO PLAINTIFF'S CLASS ACTION COMPLAINT AND TO EXCEED PAGE LIMIT**

    Pursuant to Local Rule 7.1, Defendants, Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center and HCA-EmCare Holdings, LLC (collectively, the "Defendants"), hereby move the Court for a second enlargement of time, through June 10, 2016, to respond to Plaintiff's Class Action Complaint ("Complaint"). In addition, Defendants would like to consolidate their response to the Complaint for the purpose of judicial efficiency, and, thus, request to exceed the twenty-page limit by an additional fifteen (15) pages. Plaintiff does not oppose Defendants' requests for an extension and to exceed the page limit. In support thereof, Defendants state:

    1.    Plaintiff's Complaint in this matter was filed on April 18, 2016. [DE 1].

    2.    Plaintiff served Defendant Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center with the Complaint, via its registered agent, on April 22, 2016.

Aventura Hospital and Medical Center's response to the Complaint was accordingly due on or before May 13, 2016.

3. Defendant HCA-EmCare Holdings, LLC was served on April 25, 2016. Therefore, Defendant HCA-EmCare Holdings, LLC's response to the Complaint was due on or before May 16, 2016.

4. The Court previously granted Defendants' an extension of time to file a response to the Complaint, through June 2, 2016. [DE 15].

5. The Defendants, however, require additional time to analyze and investigate Plaintiff's claims. Counsel for Plaintiff have previously brought *Gilmore v. Miami Beach Healthcare Group, Ltd., et al.,* 14-cv-24583 (S.D. Fla.) re-styled as *Kellie Lynn Case v. Miami Beach Healthcare Group, Ltd, et al.,* 14-cv-24583 (S.D. Fla.), identified in Plaintiff's Notice of Pending, Refiled, Related or Similar Actions [DE 5], which was recently dismissed for failure to allege an injury sufficient to provide Article III standing to sue. *See Case v. Miami Beach Healthcare Group*, 14-cv-24583, 2016 WL 1622289, --- F. Supp. 3d ---- (S.D. Fla. Feb. 26, 2016).

6. In light of that ruling, the new filing, and Defendants' attempt to avoid potentially repetitious and overlapping responses, Defendants are requesting additional time to serve a response to the Complaint, through June 10, 2016, as well as permission by the Court to exceed the twenty-page limit of Local Rule 7.1(c)(2) by an additional fifteen (15) pages in order to file a joint response to the Complaint.

7. As noted above, counsel for Plaintiff do not oppose the relief sought in this Motion.

8. The granting of this request for enlargement of time will not prejudice any party

in this case.

9. The subject motion is not interposed for purposes of delay.

WHEREFORE, Defendants, Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center and HCA-EmCare Holdings, LLC, request an Order granting a second extension of time to respond to the Complaint, through June 10, 2016, approval to file a joint response to the Complaint in excess of the twenty-page limit set forth in Local Rule 7.1(c)(2) up to an additional fifteen (15) pages, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Walter J. Taché
Walter J. Taché, Esq.
Florida Bar No. 28850
Gavrila A. Brotz, Esq.
Florida Bar No. 034594
Magda C. Rodriguez, Esq.
Florida Bar No. 72688
CARLTON FIELDS JORDEN BURT, P.A.
100 SE Second Street, Suite 4200
Miami, FL  33131
Telephone:  (305) 530-0050
Facsimile:  (305) 530-0055
wtache@carltonfields.com (Primary)
ehernandez@carltonfields.com (Secondary)
miaecf@cfdom.net (Secondary)
*Counsel for Miami Beach Healthcare Group, Ltd.
d/b/a Aventura Hospital and Medical Center*

/s/ Dan Gelber
Dan Gelber, Esq.
Florida Bar No. 512877
Dan@gsgpa.com
Freddy Funes, Esq.
Florida Bar No 87932
ffunes@gsgpa.com
GELBER SCHACHTER & GREENBERG
1221 Brickell Avenue, Suite 2010
Miami, FL  33131

          Tel: (305) 728-0954
          Fax: (305) 728-0951
          *Attorneys for Defendant HCA-Emcare Holdings, LLC*
          *d/b/a/ Valesco Ventures*

### CERTIFICATION PURSUANT TO S.D. FLA. L.R. 7.1(A)(3)

Pursuant to S.D. Fla. L. R. 7.1(a)(3), undersigned counsel for Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center contacted counsel for Plaintiff on May 27, 2016 and May 31, 2016, and is authorized to represent that Plaintiff does not oppose Defendants' request for the extension of time to respond to the Complaint, through June 10, 2016, and the filing of a response in excess of the twenty-page limit up through an additional fifteen pages.

          /s/ Walter J. Taché
          Walter J. Taché, Esq.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

          By: /s/ Walter J. Taché
          Walter J. Taché, Esq.

**SERVICE LIST**

| | |
|---|---|
| Steven R. Jaffe<br>steve@pathtojustice.com<br>Mark S. Fistos<br>mark@pathtojustice.com<br>Seth Lehrman<br>seth@pathtojustice.com<br>Farmer, Jaffee, Weissing, Edwards, Fistos & Lehrman, P.L.<br>425 N. Andrews Avenue, Suite 2<br>Fort Lauderdale  FL  33301<br>Telephone:  (954) 524-2820<br>Facsimile:  (954) 524-2822<br>*Attorneys for Plaintiff and the putative class* | Scott D. Owens<br>scott@scottdowens.com<br>Scott D. Owens, P.A.<br>3800 S. Ocean Drive, Suite 235<br>Hollywood  FL  33019<br>Telephone:  (954) 589-0588<br>Facsimile:  (954) 337-0666<br>*Attorneys for Plaintiff and the putative class* |
| Bret L. Lusskin<br>blusskin@lusskinlaw.com<br>Bret Lusskin, P.A.<br>20803 Biscayne Boulevard, Suite 302<br>Aventura  FL  33180<br>Telephone:  (954) 454-5841<br>Facsimile:  (954) 454-5844<br>*Attorneys for Plaintiff and the putative class* | Ari J. Scharg<br>E-mail: ascharg@edelson.com<br>Benjamin S. Thomassen<br>E-mail: bthomassen@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378<br>*Attorneys for Plaintiff and the putative class* |