UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CIV-21373-JAL

BARBARA BRUSH, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MIAMI BEACH HEALTHCARE GROUP, LTD. d/b/a AVENTURA HOSPITAL AND MEDICAL CENTER, a Florida Limited Partnership, and HCA-EMCARE HOLDINGS, LLC d/b/a/ VALESCO VENTURES, a Delaware Corporation,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION TO FILE EXHIBIT TO
MOTION TO DISMISS THE CLASS ACTION COMPLAINT UNDER SEAL**

 Pursuant to Southern District of Florida Local Rule 5.4, Defendants, Miami Beach Healthcare Group, Ltd. and HCA-EmCare Holdings, LLC (collectively, "Defendants"), respectfully move this Court for an Order permitting them to file, under seal, exhibits containing protected health information of Plaintiff, and in support thereof state as follows:

 1. Defendants are filing, concurrently with the instant Motion, their Motion to Dismiss the Class Action Complaint and Demand for Jury Trial ("Motion to Dismiss"). [DE 21].

 2. Exhibit A of the Motion to Dismiss contains information which is deemed protected health information pursuant to the Health Insurance Portability and Accountability Act of 1996, and the regulations promulgated thereunder, as well as confidential reimbursement information. This protected health information includes, but is not limited to, Plaintiff's address,

date of birth, age, account number, medical record number, admission date, and discharge date.

3. The redaction of this protected health information would eliminate information that forms the basis of the inclusion of the exhibits in the Motion to Dismiss. Thus, good cause exists to file Exhibit A under seal.

4. Counsel for Plaintiff do not oppose the relief sought in this Motion.

5. Due to the ongoing confidential nature of the information contained in Exhibit A to the Motion to Dismiss, Defendants request this Court maintain these documents under seal until the conclusion of the instant matter, and at such time require the Clerk to return the sealed documents to Defendants through the undersigned counsel.

WHEREFORE, Defendants, Miami Beach Healthcare Group, Ltd. and HCA-EmCare Holdings, LLC, respectfully request the Court enter the proposed order attached as Exhibit 1, allowing Exhibit A of Defendants' Motion to Dismiss the Class Action Complaint and Demand for Jury Trial be filed under seal.

**Certificate of Compliance with Rule 7.1**

Pursuant to S.D. Fla. L. R. 7.1(a)(3), undersigned counsel for Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center contacted counsel for Plaintiff on June 10, 2016, and are authorized to represent that Plaintiff does not oppose Defendants' request to seal Exhibit A of Defendants' Motion to Dismiss the Class Action Complaint and Demand for Jury Trial.

Dated:  June 10, 2016.                                  Respectfully submitted,

/s/ Walter J. Taché
Walter J. Taché, Esq.
Florida Bar No. 28850
Gavrila A. Brotz, Esq.
Florida Bar No. 034594
Magda C. Rodriguez, Esq.
Florida Bar No. 72688
CARLTON FIELDS JORDEN BURT, P.A.
100 SE Second Street, Suite 4200
Miami, FL  33131
Telephone:  (305) 530-0050
Facsimile:  (305) 530-0055
wtache@carltonfields.com (Primary)
ehernandez@carltonfields.com (Secondary)
miaecf@cfdom.net (Secondary)
*Counsel for Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center*

/s/ Dan Gelber
Dan Gelber, Esq.
Florida Bar No. 512877
Dan@gsgpa.com
Freddy Funes, Esq.
Florida Bar No 87932
ffunes@gsgpa.com
GELBER SCHACHTER & GREENBERG
1221 Brickell Avenue, Suite 2010
Miami, FL  33131
Tel: (305) 728-0954
Fax: (305) 728-0951

*Attorneys for Defendant HCA-Emcare Holdings, LLC d/b/a/ Valesco Ventures*

4

107907093.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of June, 2016, I electronically filed the foregoing document and, separately the sealed filing, with the Clerk of the Court using CM/ECF and pursuant to Southern District of Florida Local Rule 5.4 and Section 9 of the CM/ECF Administrative Procedures. I also certify that the foregoing document is being served this date on all counsel of record on the attached Service List, conventionally, via electronic correspondence and U.S. Mail.

/s/ Walter J. Taché
Walter J. Taché, Esq.

107907093.1