**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 16-21373-CIV-LENARD/GOODMAN**

**BARBARA BRUSH, individually and on**
**behalf of all others similarly situated**,

> Plaintiff,

vs.

**MIAMI BEACH HEALTHCARE GROUP,**
**LTD. d/b/a AVENTURA HOSPITAL AND**
**MEDICAL CENTER, a Florida limited**
**partnership,    and    HCA-EMCARE**
**HOLDINGS,   LLC   d/b/a   VALESCO**
**VENTURES, a Delaware corporation**,

> Defendants.

_____/


**ORDER SETTING FORTH THE COURT'S POLICY ON MOTIONS FOR**
**EXTENSION OR STAY OF THE SCHEDULING ORDER DEADLINES**

Motions for extension of time or for stay regarding the deadlines set forth in the

Court's Scheduling Order are highly disfavored.  The parties select and agree to their

deadlines as set forth in the Joint Scheduling Report.  Thereafter, the Court enters its

Scheduling Order and sets the trial date accordingly.  Therefore, in order to preserve

the trial date and the administration of the court's docket, the court will only grant these

motions in the rarest of circumstances such as an interlocutory appeal.

Case No. 16-21373-CIV-LENARD/GOODMAN

**DONE AND ORDERED** in Chambers at Miami, Florida this 17th day of June, 2016.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**