**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 16-CIV-21373-JAL

BARBARA BRUSH, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

MIAMI BEACH HEALTHCARE GROUP, LTD. d/b/a AVENTURA HOSPITAL AND MEDICAL CENTER, a Florida Limited Partnership, and HCA-EMCARE HOLDINGS, LLC d/b/a/ VALESCO VENTURES, a Delaware Corporation,

        Defendants.
_____/

**DEFENDANT MIAMI BEACH HEALTHCARE GROUP, LTD.'S NOTICE OF
INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center ("Aventura"), by and through undersigned counsel, makes the following corporate disclosures:

Miami Beach Healthcare Group, Ltd., owner and operator of Aventura Hospital and Medical Center, is indirectly owned by HCA Holdings, Inc., a publicly-traded Delaware corporation. Hercules Holding II, LLC currently owns approximately 20% of HCA Holdings, Inc.'s common stock; some members of Hercules Holding II, LLC are affiliated with KKR & Co. LP, a publicly-traded company.

Dated: June 21, 2016.                        Respectfully submitted,

                                                    /s/ Walter J. Taché
                                                    Walter J. Taché, Esq.
                                                    Florida Bar No. 28850

        Gavrila A. Brotz, Esq.
Florida Bar No. 034594
Magda C. Rodriguez, Esq.
Florida Bar No. 72688
CARLTON FIELDS JORDEN BURT, P.A.
100 SE Second Street, Suite 4200
Miami, FL  33131
Telephone:  (305) 530-0050
Facsimile:  (305) 530-0055
wtache@carltonfields.com (Primary)
ehernandez@carltonfields.com (Secondary)
miaecf@cfdom.net (Secondary)
*Counsel for Miami Beach Healthcare Group, Ltd.
d/b/a Aventura Hospital and Medical Center*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of June, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

        /s/ Walter J. Taché
        Walter J. Taché, Esq.