UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-cv-81487-BB

KERRI C. WOOD, individually and
on behalf of others similarly situated,

    Plaintiff,

v.

J CHOO USA, INC., d/b/a "Jimmy Choo",
a Delaware corporation,

    Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE

The following is a list of all judges, attorneys, persons, associations of persons, firms, partnerships, corporations, and other legal entities that have an interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, and parent corporations, any publicly held corporations that owns ten percent or more of a party's stock, and other identifiable legal entities related to a party.

1. Kerri C. Wood, Plaintiff.
2. Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
3. Steven R. Jaffe, Esquire.
4. Scott D. Owens, P.A.
5. Scott D. Owens, Esquire
6. Patrick Crotty, Esquire.
7. Bret Lusskin, P.A.
8. Bret L. Lusskin, Jr., Esquire.
9. J Choo USA, Inc., d/b/a "Jimmy Choo", Defendant.
10. Hogan Lovells US LLP
11. Mark R. Cheskin, Esquire.
12. Carol A. Licko, Esquire.
13. Hans H. Hertell, Esquire.
14. Shift4 Corporation, Third Party.
15. Andrew D. Castricone, Esquire.
16. The Honorable Beth Bloom, District Judge.
17. The Honorable Alicia O. Valle, Magistrate Judge.

Dated:  June 30, 2016                           Respectfully submitted,

                                                /s/ Seth M. Lehrman
                                                Steven R, Jaffe (Fla. Bar No. 390770)
                                                E-mail: steve@pathtojustice.com
                                                Seth M. Lehrman (Fla. Bar No. 132896)
                                                E-mail: seth@pathtojustice.com
                                                FARMER, JAFFE, WEISSING,
                                                EDWARDS, FISTOS & LEHRMAN, P.L.
                                                425 N. Andrews Ave., Suite 2
                                                Fort Lauderdale, Florida 33301
                                                Telephone:  (954) 524-2820
                                                Facsimile:  (954) 524-2822

                                                Scott D. Owens (Fla. Bar No. 0597651)
                                                E-mail: scott@scottdowens.com
                                                Patrick Crotty (Fla. Bar No. 108541)
                                                E-mail: patrick@scottdowens.com
                                                SCOTT D. OWENS, P.A.
                                                3800 S. Ocean Drive
                                                Hollywood, FL 33019
                                                Telephone: (954) 589-0588
                                                Facsimile: (954) 337-0666

                                                Bret L. Lusskin, Jr., Esq. (Fla. Bar No. 28069)
                                                E-mail: blusskin@lusskinlaw.com
                                                BRET LUSSKIN, P.A.
                                                20803 Biscayne Blvd., Ste. 302
                                                Aventura, FL 33180
                                                Telephone: (954) 454-5841
                                                Facsimile: (954) 454-5844

                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification to all attorneys of record.

                                                */s/ Seth M. Lehrman*
                                                Seth M. Lehrman

Case 9:15-cv-81387-BB   Document 32   Entered on FLSD Docket 06/30/2016   Page 2 of 2