**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 16-CIV-21373-JAL

BARBARA BRUSH, individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

MIAMI BEACH HEALTHCARE GROUP, LTD. d/b/a
AVENTURA HOSPITAL AND MEDICAL CENTER, a
Florida Limited Partnership, and HCA-EMCARE
HOLDINGS, LLC d/b/a/ VALESCO VENTURES, a
Delaware Corporation,

        Defendants.

_____/

**DEFENDANTS' JOINT NOTICE OF**
**PENDING, REFILED, RELATED OR SIMILAR ACTION**

    Pursuant to this Court's Local Rule 3.8[1] and Order Directing Parties to File a Notice of

Refiling and/or of Related Cases [D.E. 25], Defendant Miami Beach Healthcare Group, Ltd.

d/b/a Aventura Hospital and Medical Center ("Aventura Hospital") and HCA-EmCare Holdings,

LLC d/b/a Valesco Ventures ("Valesco") hereby give notice to this Court that the Complaint in

this case arises out of and involves subject matter which was part of *Case v. Miami Beach*

---

[1] Local Rule 3.8 instructs attorneys of record "to bring promptly to the attention of the Court and
opposing counsel the existence of other actions or proceedings as described in Section 2.15.00 of
the Court's Internal Operating Procedures." S.D. Fla. L.R. 3.8. Among other things, IOP
§ 2.15.00(a) and (c) encompass any action or proceeding "previously dismissed without
prejudice [that] is refiled without a substantial change in issues or parties" or "which involves
subject matter which is a material part of the subject matter of another action or proceeding . . .
the disposition thereof would appear to entail the unnecessary duplication of judicial labor if
heard by a different Judge." S.D. Fla. IOP § 2.15.00(a), (c).

*Healthcare Group, Ltd.*, No. 14-cv-24583, --- F. Supp. 3d ----, 2016 WL 1622289 (S.D. Fla. Feb. 26, 2016).

The present action relates to an alleged data breach discovered in 2014, as did the previously filed actions styled:  *Gilmore v. Miami Beach Healthcare Group, Ltd.*, No. 14-cv-24583 (S.D. Fla.) and *Case v. Hosp. Corp. of Am.*, No. 15-cv-20683 (S.D. Fla.).

To the extent that Plaintiff suggests in her Amended Notice of Pending, Refiled, Related or Similar Actions [D.E. 34] that "no other dismissal orders . . . were issued in either *Gilmore* or *Case* actions," and that "an additional amendment in *Gilmore*" to add Plaintiff as the third proposed class representative was possible, Aventura Hospital submits this Notice to clarify the procedural posture.  *See* Pl's Am. Notice, ¶¶ 7-8.

Plaintiff Larry Gilmore filed a proposed class action complaint on December 3, 2014, and an amended complaint on February 19, 2015.  *See Gilmore v. Miami Beach Healthcare Group, Ltd.*, No. 14-cv-24583 (S.D. Fla.).  Defendants moved to dismiss arguing that Gilmore lacked to sue standing.

Ms. Case filed a separate action based on the same alleged data breach on February 18, 2015, which was voluntarily dismissed on April 13, 2015, and dismissed and closed on April 21, 2015.  *See Case v. Hosp. Corp. of Am.*, No. 15-cv-20683 (S.D. Fla.), Notice Of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41 [DE 11]; Order of Dismissal [D.E. 13].

Upon Ms. Case's voluntary dismissal of her separate action, Plaintiff's counsel filed a second amended complaint in *Gilmore v. Miami Beach Healthcare Group, Ltd.*, No. 14-cv-24583 (S.D. Fla.) on May 5, 2015, substituting Kellie Lynn Case as the named plaintiff and with the new case style:  *Case v. Miami Beach Healthcare Group, Ltd.*, No. 14-cv-24583 (S.D.

Fla.).  *Case v. Miami Beach Healthcare Group, Ltd.*, No. 14-cv-24583 (S.D. Fla.), Second

Amended Class Action Complaint and Demand for Jury Trial [D.E. 58.]

Defendants again moved to dismiss, and Judge Jose E. Martinez dismissed the action in

its entirety, finding the court lacked subject matter jurisdiction because Case's alleged injuries

were insufficient to confer standing.  *See Case*, 2016 WL 1622289 at *4.  Judge Martinez closed

the case, ruling that all pending motions, including Defendants' arguments in support of

dismissal for failure to state a claim pursuant to Rule 12(b)(6), were denied "as moot."  *Id.*

Dated:  July 5, 2016.                          Respectfully submitted,


/s/ Walter J. Taché
Walter J. Taché, Esq.
Florida Bar No. 28850
Gavrila A. Brotz, Esq.
Florida Bar No. 034594
Magda C. Rodriguez, Esq.
Florida Bar No. 72688
CARLTON FIELDS JORDEN BURT, P.A.
100 SE Second Street, Suite 4200
Miami, FL  33131
Telephone:  (305) 530-0050
Facsimile:  (305) 530-0055
wtache@carltonfields.com (Primary)
ehernandez@carltonfields.com (Secondary)
miaecf@cfdom.net (Secondary)
*Counsel for Miami Beach Healthcare Group, Ltd.*
*d/b/a Aventura Hospital and Medical Center*

/s/ *Freddy Funes*
Dan Gelber, Esq.
Florida Bar No. 512877
Dan@gsgpa.com
Freddy Funes, Esq.
Florida Bar No. 87932
FFunes@gsgpa.com
Adam M. Schachter, Esq.
Florida Bar No. 87932
aschachter@gsgpa.com

- 3 -

108078782.2

GELBER SCHACHTER & GREENBERG
1221 Brickell Avenue, Suite 2010
Miami, FL  33131
Tel:  (305) 728-0954
Fax: (305) 728-0951
*Attorneys for Defendant HCA-Emcare Holdings,*
*LLC d/b/a/ Valesco Ventures*

- 4 -

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 5th day of July, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ Walter J. Taché
Walter J. Taché, Esq.

- 5 -

108078782.2

## <u>SERVICE LIST</u>

| | |
|---|---|
| Steven R. Jaffe<br>steve@pathtojustice.com<br>Mark S. Fistos<br>mark@pathtojustice.com<br>Seth Lehrman<br>seth@pathtojustice.com<br>Farmer, Jaffe, Weissing, Edwards, Fistos<br>& Lehrman, P.L.<br>425 N. Andrews Avenue, Suite 2<br>Fort Lauderdale  FL  33301<br>*Attorneys for Plaintiff and the putative class* | Scott D. Owens<br>scott@scottdowens.com<br>Scott D. Owens, P.A.<br>3800 S. Ocean Drive, Suite 235<br>Hollywood  FL  33019<br>*Attorney for Plaintiff and the putative class* |
| Bret L. Lusskin<br>blusskin@lusskinlaw.com<br>Bret Lusskin, P.A.<br>20803 Biscayne Boulevard, Suite 302<br>Aventura  FL  33180<br>*Attorneys for Plaintiff and the putative class* | Ari J. Scharg<br>ascharg@edelson.com<br>Benjamin S. Thomassen<br>bthomassen@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>*Attorneys for Plaintiff and the putative class* |

108078782.2