UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 16-21373-CIV-LENARD/GOODMAN**

**BARBARA BRUSH, individually and on behalf of all others similarly situated**,

    Plaintiff,

vs.

**MIAMI BEACH HEALTHCARE GROUP, LTD. d/b/a AVENTURA HOSPITAL AND MEDICAL CENTER, a Florida limited partnership, and HCA-EMCARE HOLDINGS, LLC d/b/a VALESCO VENTURES, a Delaware corporation**,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

**THE MEDIATION CONFERENCE** in this matter shall be held with _____ _____ on _____, 20__, at _____.m., at _____, Florida. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

    Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

    **DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of _____, 2016.

                                                       _____
                                                       **JOAN A. LENARD**
                                                       **UNITED STATES DISTRICT JUDGE**