**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-cv-21373-CIV-LENARD/GOODMAN**

BARBARA BRUSH, individually and
on behalf of all others similarly situated,

    *Plaintiff,*

v.

MIAMI BEACH HEALTHCARE GROUP, LTD.
d/b/a AVENTURA HOSPITAL AND
MEDICAL CENTER, a Florida limited partnership,
and HCA-EMCARE HOLDINGS, LLC
d/b/a VALESCO VENTURES,
a Delaware limited liability company,

    *Defendants*.
_____/

## NOTICE OF MEDIATOR SELECTION

Plaintiff, BARBARA BRUSH, by and though undersigned counsel, and pursuant to the Order of Referral to Mediation [D.E. 59], hereby gives notice that the parties have conferred and agreed upon Jay M. Cohen, Esq., as mediator, from Jay M. Cohen, P.A., P.O. Box 2210, Winter Park, FL 32790-2210, Telephone: (407) 644 1181.

Dated: August 29, 2016
                                         Respectfully submitted,

                                         */s/ Steven R. Jaffe*
                                         Steven R. Jaffe (Fla. Bar No. 390770)
                                         E-mail: steve@pathtojustice.com
                                         Mark S. Fistos (Fla. Bar No. 909191)
                                         E-mail: mark@pathtojustice.com
                                         Seth M. Lehrman (Fla. Bar No. 132896)
                                         E-mail: seth@pathtojustice.com
                                         FARMER, JAFFE, WEISSING,
                                         EDWARDS, FISTOS & LEHRMAN, P.L.
                                         425 N. Andrews Ave., Suite 2
                                         Fort Lauderdale, Florida 33301
                                         Telephone: (954) 524-2820
                                         Facsimile: (954) 524-2822

Benjamin S. Thomassen (*Pro Hac Vice*)
E-mail: bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

Scott D. Owens (Fla. Bar No. 597651)
E-mail: scott@scottdowens.com
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, Florida 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

Bret L. Lusskin (Fla. Bar No. 28069)
E-mail: blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Suite 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification to all attorneys of record.

*/s/ Steven R. Jaffe*
Steven R. Jaffe

Jay M. CohenEsq.
Jay M. Cohen, P.A.
P.O. Box 2210
Winter Park, FL 32790-2210
*Sent via U.S. Mail*