IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-cv-21373-CIV-LENARD/GOODMAN

BARBARA BRUSH, individually and
on behalf of all others similarly situated,

    *Plaintiff,*

v.

MIAMI BEACH HEALTHCARE GROUP, LTD.
d/b/a AVENTURA HOSPITAL AND
MEDICAL CENTER, a Florida limited partnership,
and HCA-EMCARE HOLDINGS, LLC
d/b/a VALESCO VENTURES,
a Delaware limited liability company,

    *Defendants*.
_____/

## NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

Plaintiff, BARBARA BRUSH, by though undersigned counsel and pursuant to the Order of Referral to Mediation [DE 59] and Order dated August 30, 2016 [DE 63], hereby files the attached Proposed Order Scheduling Mediation.

Dated: September 1, 2016        Respectfully submitted,

                                              */s/ Steven R. Jaffe*
                                              Steven R. Jaffe (Fla. Bar No. 390770)
                                              E-mail: steve@pathtojustice.com
                                              Mark S. Fistos (Fla. Bar No. 909191)
                                              E-mail: mark@pathtojustice.com
                                              Seth M. Lehrman (Fla. Bar No. 132896)
                                              E-mail: seth@pathtojustice.com
                                              FARMER, JAFFE, WEISSING,
                                              EDWARDS, FISTOS & LEHRMAN, P.L.
                                              425 N. Andrews Ave., Suite 2
                                              Fort Lauderdale, Florida 33301
                                              Telephone: (954) 524-2820
                                              Facsimile: (954) 524-2822

        Benjamin S. Thomassen (*Pro Hac Vice*)
        E-mail: bthomassen@edelson.com
        EDELSON PC
        350 North LaSalle Street, Suite 1300
        Chicago, Illinois 60654
        Telephone: (312) 589-6370
        Facsimile: (312) 589-6378

        Scott D. Owens (Fla. Bar No. 597651)
        E-mail: scott@scottdowens.com
        SCOTT D. OWENS, P.A.
        3800 S. Ocean Dr., Suite 235
        Hollywood, Florida 33019
        Telephone: (954) 589-0588
        Facsimile: (954) 337-0666

        Bret L. Lusskin (Fla. Bar No. 28069)
        E-mail: blusskin@lusskinlaw.com
        BRET LUSSKIN, P.A.
        20803 Biscayne Blvd., Suite 302
        Aventura, FL 33180
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 1, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification to all attorneys of record.

        */s/ Steven R. Jaffe*
        Steven R. Jaffe

Jay M. CohenEsq.
Jay M. Cohen, P.A.
P.O. Box 2210
Winter Park, FL 32790-2210
*Sent via U.S. Mail*