UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CIV-21373-LENARD/GOODMAN

BARBARA BRUSH, individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

MIAMI BEACH HEALTHCARE GROUP, LTD. d/b/a
AVENTURA HOSPITAL AND MEDICAL CENTER, a
Florida Limited Partnership, and HCA-EMCARE
HOLDINGS, LLC d/b/a/ VALESCO VENTURES, a
Delaware Corporation,

        Defendants.
_____/

## JOINT MOTION TO RESCHEDULE MEDIATION DATE

Pursuant to Local Rule 7.1 and the Court's Order of Referral to Mediation [DE 59], Defendants, Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center, and HCA-EmCare Holdings, LLC (collectively, the "Defendants"), and Plaintiff, hereby jointly move the Court to grant the Parties leave to reschedule mediation. In support thereof, the Parties state:

    1.    The Court's Order of Referral to Mediation [DE 59] requires that mediation be completed no later than September 8, 2017.

    2.    The Parties agreed on a mediator, and on September 1, 2016, Plaintiff filed a Proposed Order Scheduling Mediation for March 15, 2017 [DE 64].

    3.    The Court entered that Order Scheduling Mediation [DE 65], instructing that mediation shall not be rescheduled without leave of Court.

4. On February 17, 2017, the Court entered the Order Granting in Part and Denying in Part Defendants' Motion to Dismiss [DE 77], and in compliance with that Order's deadlines, but only seventeen days in advance of the scheduled mediation, on February 27, 2017, Plaintiff's filed an Amended Complaint [DE 79].

5. The subject motion is not interposed for purposes of delay. The Parties submit that it is in their mutual best interests to reschedule mediation to allow them to adequately assess the newly Amended Complaint and increase the likelihood of a fruitful settlement discussion.

6. The mediator is currently available on April 18, 25, and 27, 2017, and on many dates in May 2017, when the Parties are also available. The Parties submit that rescheduling mediation for one of those dates will still comply with the Court's Order of Referral to Mediation [DE 59], as mediation would occur before the September 8, 2017 deadline, and would also increase the chances of a successful mediation.

WHEREFORE, Defendants, Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center and HCA-EmCare Holdings, LLC, and Plaintiff, respectfully request that the Court grant them leave to reschedule mediation, currently set for March 15, 2017, allowing them to reschedule mediation for a mutually agreeable date in April or May 2017, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| /s/ Steven R. Jaffe<br>Steven R. Jaffe<br>steve@pathtojustice.com<br>FARMER, JAFFE, WEISSING,<br>EDWARDS, FISTOS & LEHRMAN, P.L.<br>425 N. Andrews Avenue, Suite 2<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 524-2820<br>Facsimile: (954) 524-2822<br>*Counsel for Barbara Brush, individually and on behalf of all others similarly situated* | /s/ Dan Gelber<br>DAN GELBER<br>Florida Bar No. 512877<br>dgelber@gsgpa.com<br>ADAM M. SCHACHTER<br>Florida Bar No. 647101<br>aschachter@gsgpa.com<br>FREDDY FUNES<br>Florida Bar No. 87932<br>ffunes@gsgpa.com<br>Gelber Schachter & Greenberg, P.A.<br>1221 Brickell Avenue, Suite 2010<br>Miami, Florida 33131<br>Telephone: (305) 728-0950<br>Facsimile: (305) 728-0951<br>*Counsel for Defendant HCA-EmCare Holdings, LLC* |
| /s/ Benjamin S. Thomassen<br>Benjamin S. Thomassen<br>bthomassen@edelson.com<br>Eve-Lynn J. Rapp<br>erapp@edelson.com<br>EDELSON PC<br>350 N. LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>Telephone: (312) 589-6370<br>*Co-Counsel for Barbara Brush, individually and on behalf of all others similarly situated* | /s/ Walter J. Taché<br>Walter J. Taché, FBN 28850<br>wtache@tachebronis.com<br>Stephen J. Bronis, FBN 145970<br>sbronis@tachebronis.com<br>Magda C. Rodriguez, FBN 72688<br>mrodriguez@tachebronis.com<br>Gavrila A. Brotz, FBN 34594<br>gbrotz@tachebronis.com<br>TACHÉ, BRONIS, CHRISTIANSON AND DESCALZO, P.A.<br>150 Southeast 2nd Avenue, Suite 600<br>Miami, FL 33131<br>Telephone: 305-537-9565<br>Facsimile: 305-537-9567<br>*Attorneys for Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system and served on all counsel receiving electronic notification via the Court's CM/ECF system.

*s/ Gavrila A. Brotz*
Gavrila A. Brotz, Esq.