## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:16-cv-21373-JAL

BARBARA BRUSH, individually and
on behalf of all others similarly situated,

   *Plaintiff,*

v.

MIAMI BEACH HEALTHCARE GROUP, LTD.
d/b/a AVENTURA HOSPITAL AND
MEDICAL CENTER, a Florida limited partnership,
and HCA-EMCARE HOLDINGS, LLC
d/b/a VALESCO VENTURES,
a Delaware limited liability company

   *Defendants.*

_____/

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND
### TO PLAINTIFF'S AMENDED COMPLAINT AND TO EXCEED PAGE LIMIT

Pursuant to Local Rule 7.1, Defendants, Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center and HCA-EmCare Holdings, LLC (collectively, the "Defendants"), hereby move the Court for an enlargement of time, through March 20, 2017, to respond to Plaintiff's Amended Complaint [DE 79]. In addition, Defendants would like to consolidate their response to the Amended Complaint for the purpose of judicial efficiency, and, thus, request to exceed the twenty-page limit by an additional ten (10) pages. Plaintiff does not oppose Defendants' requests for an extension and to exceed the page limit. In support thereof, Defendants state:

1.  Plaintiff's Amended Complaint in this matter was filed on February 27, 2017. [DE 79].

2.  Defendants' response to the Amended Complaint would be due on or before

March 13, 2017.

3.    Defendants, however, require additional time to analyze and investigate Plaintiff's amended claims.   Counsel for Plaintiff have previously brought *Gilmore v. Miami Beach Healthcare Group, Ltd., et al.,* 14-cv-24583 (S.D. Fla.) re-styled as *Kellie Lynn Case v. Miami Beach Healthcare Group, Ltd, et al.,* 14-cv-24583 (S.D. Fla.), identified in Plaintiff's Notice of Pending, Refiled, Related or Similar Actions [DE 5], which was dismissed for failure to allege an injury sufficient to provide Article III standing to sue. *See Case v. Miami Beach Healthcare Grp., Ltd.*, 166 F. Supp. 3d 1315 (S.D. Fla. 2016).   Counsel for Plaintiff commenced the instant action, with a new named plaintiff, on April 22, 2016.   [DE 4].   Following this Court's February 17, 2017 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss [DE 21] and Dismissing Counts Two, Three, and Four without Prejudice [DE 77], Plaintiff filed the Amended Complaint [DE 79].

4.    In light of these rulings, the new amended filing, and Defendants' attempt to avoid potentially repetitious and overlapping responses, Defendants are requesting a brief enlargement of time to serve a response to the Amended Complaint, through March 20, 2017, as well as permission by the Court to exceed the twenty-page limit of Local Rule 7.1(c)(2) by an additional ten (10) pages in order to file a joint response to the Amended Complaint.

5.    As noted above, counsel for Plaintiff do not oppose the relief sought in this Motion.

6.    The granting of this request for enlargement of time will not prejudice any party in this case.

7.    The subject motion is not interposed for purposes of delay.

WHEREFORE, Defendants, Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center and HCA-EmCare Holdings, LLC, request an Order granting an extension of time to respond to the Amended Complaint, through March 20, 2017, approval to file a joint response to the Amended Complaint in excess of the twenty-page limit set forth in Local Rule 7.1(c)(2) up to an additional ten (10) pages, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Walter J. Taché*
Walter J. Taché, FBN 28850
wtache@tachebronis.com
Stephen J. Bronis, FBN 145970
sbronis@tachebronis.com
Magda C. Rodriguez, FBN 72688
mrodriguez@tachebronis.com
Gavrila A. Brotz, FBN 34594
gbrotz@tachebronis.com
TACHÉ, BRONIS, CHRISTIANSON AND
DESCALZO, P.A.
150 Southeast 2nd Avenue, Suite 600
Miami, FL 33131
Telephone: 305-537-9565
Facsimile: 305-537-9567
*Attorneys for Miami Beach Healthcare Group,*
*Ltd. d/b/a Aventura Hospital and Medical Center*

*/s/Dan Gelber*_____
DAN GELBER
Florida Bar No. 512877
dgelber@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
FREDDY FUNES
Florida Bar No. 87932
ffunes@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone:  (305) 728-0950
Facsimile:  (305) 728-0951
E-service efilings@gsgpa.com

*Counsel for Defendant HCA-EmCare Holdings,*
*LLC*

### CERTIFICATION PURSUANT TO S.D. FLA. L.R. 7.1(A)(3)

Pursuant to S.D. Fla. L. R. 7.1(a)(3), undersigned counsel for Miami Beach Healthcare Group, Ltd. d/b/a Aventura Hospital and Medical Center contacted counsel for Plaintiff on March 9, 2017 and March 10, 2017, and is authorized to represent that Plaintiff does not oppose Defendants' request for the extension of time to respond to the Amended Complaint, through March 20, 2017, and the filing of a response in excess of the twenty-page limit up through an additional ten pages.

/s/ Walter J. Taché_____
Walter J. Taché, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system and served on all counsel receiving electronic notification via the Court's CM/ECF system.


*/s/ Walter J. Taché*
Walter J. Taché, Esq.


## SERVICE LIST

| | |
|---|---|
| Steven R. Jaffe<br>steve@pathtojustice.com<br>Mark S. Fistos<br>mark@pathtojustice.com<br>Seth Lehrman<br>seth@pathtojustice.com<br>Farmer, Jaffe, Weissing, Edwards, Fistos<br>& Lehrman, P.L.<br>425 N. Andrews Avenue, Suite 2<br>Fort Lauderdale  FL  33301<br>Telephone:  (954) 524-2820<br>Facsimile:  (954) 524-2822<br>*Attorneys for Plaintiff and the putative class* | Ari J. Scharg<br>ascharg@edelson.com<br>Benjamin S. Thomassen<br>bthomassen@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378<br>*Attorneys for Plaintiff and the putative class* |