IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-cv-21373-CIV-LENARD/GOODMAN

BARBARA BRUSH, individually and
on behalf of all others similarly situated,

     *Plaintiff,*

v.

MIAMI BEACH HEALTHCARE GROUP, LTD.
d/b/a AVENTURA HOSPITAL AND
MEDICAL CENTER, a Florida limited partnership,
and HCA-EMCARE HOLDINGS, LLC
d/b/a VALESCO VENTURES,
a Delaware limited liability company,

     *Defendants*.
_____/

## JOINT MOTION TO MODIFY SCHEDULING ORDERS DE 58 AND DE 73

The Parties, Barbara Brush, individually and on behalf of all others similarly situated, Miami Beach Healthcare Group Ltd., and HCA-EmCare Holdings, LLC respectfully move under Federal Rule of Civil Procedure 16(b)(4) to modify the Parties' deadlines set in the Scheduling Orders DE 58 and DE 73. In support, the Parties state as follows:

   1. The Plaintiffs filed this lawsuit on April 18, 2016, and the Court issued its scheduling order on August 11, 2016 [DE 58] and the Court upon motion entered an order on December 12, 2016, modifying only the deadline for the parties to exchange their list of witnesses intended to be called at trial [DE 73].

   2. On February 17, 2017, the Court enter the Order Granting in Part and Denying in Part Defendants' Motion to Dismiss [DE 77].

   3. Plaintiff filed her Amended Class Action Complaint on or about February 27, 2017 [DE 79].

1

4. Defendants' filed their Motion to Dismiss Amended Class Action Complaint [DE 90] on or about March 20, 2017.  Plaintiff response is due on April 3, 2017.

5. Parties have been also involved in discovery discussions regarding Defendants' production of documents for which the parties filed a Joint Motion for Entry of Agreed Confidentiality and Protective Order [DE 88] and this Court issued the Agreed Confidentiality and Protective Order on March 21, 2017DE 91].

6. Due to the status of the pleading and the newly entered protective order the parties suggest to the Court that amending the current scheduling order is warranted.

7. This Court has the discretion to extend or modify the scheduling order's deadlines. See *Perez v. Miami-Dade Cnty.*, 297 F.3d 1255, 1263 n.21 (11th Cir. 2002); *Gadsby v. Am. Golf Corp. of Cal.*, No. 10-cv-680, 2012 WL 236868, at *1 (M.D. Fla. June 21, 2012).

8. The parties met and conferred and have now jointly submit the proposed deadlines for the Court's consideration attached hereto as Exhibit "A".

9. This motion is filed in good faith and is not being filed for the purpose of delay.  The parties will not suffer any prejudice and are in full agreement that a new scheduling order is needed.

WHEREFORE, Plaintiff, Barbara Brush, and Defendants, Miami Beach Healthcare Group Ltd., and HCA-EmCare Holdings, LLC, respectfully request that this Court grant this motion, enter the proposed scheduling order attached as Exhibit A, and grant any other appropriate relief.

Dated:  March 31, 2017                                    Respectfully submitted,

/*s/ Steven R. Jaffe*                                     */s/ Gavrila A. Brotz*
Steven R. Jaffe (Fla. Bar No. 390770)         Walter J. Tache (Fla. Bar No. 28850)
E-mail: steve@pathtojustice.com                E-mail: wtache@tachebronis.com
Mark S. Fistos (Fla. Bar No. 909191)          Stephen J. Bronis (Fla. Bar No. 145970)
E-mail: mark@pathtojustice.com                 E-mail: sbronis@tachebronis.com
Seth M. Lehrman (Fla. Bar No. 132896)      Gavrila A. Brotz (Fla. Bar No. 034594)
E-mail: seth@pathtojustice.com                  E-mail: gbrotz@tachebronis.com
FARMER, JAFFE, WEISSING,                       Magda C. Rodriguez (Fla. Bar No. 72688)

2

EDWARDS, FISTOS & LEHRMAN, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

Benjamin S. Thomassen (*Pro Hac Vice*)
E-mail: bthomassen@edelson.com
Eve-Lynn J. Rapp (*Pro Hav Vice*)
E-mail: erapp@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

Scott D. Owens (Fla. Bar No. 597651)
E-mail: scott@scottdowens.com
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, Florida 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

Bret L. Lusskin (Fla. Bar No. 28069)
E-mail: blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Suite 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844

*Counsel for Plaintiff*

E-mail: mrodriguez@tachebronis.com
TACHÉ, BRONIS, CHRISTIANSON AND
DESCALZO, P.A.
150 Southeast 2nd Avenue, Suite 600
Tel: 305-537-9565
Fax: 305-537-9567

*Counsel for Miami Beach Healthcare Group, Ltd.
d/b/a Aventura Hospital and Medical Center*

/*s/ Freddy Funes*
Dan S. Gelber (Fla. Bar No. 512877)
E-mail: dan@gsgpa.com
Freddy Funes (Fla. Bar No. 87932)
E-mail: ffunes@gsgpa.com
Adam M. Schachter (Fla. Bar No. 647101)
E-mail: aschachter@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131-3224
Tel: (305) 728-0950
Fax: (305) 728-0951
E-service: efilings@gsgpa.com

*Counsel for HCA-Emcare Holdings, LLC
d/b/a Valesco Ventures*